# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINETTE RENEE LAMPKIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-3779 |
| | § | |
| AJILON PROFESSIONAL STAFFING, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on November 1, 2013, and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. This court grants the defendant's motion to dismiss the Title VII claims for discrimination on the basis of race and sex. (Docket Entry No. 9). The motion to dismiss is denied as to the associational disability claim under the Americans With Disabilities Act ("ADA"). The motion to dismiss for failure to file within the prescribed 90 day deadline is denied. The motion to dismiss for improper service of process and for improper delivery of the summons and complaint is denied.

SIGNED on November 27, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge